# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JUDITH HENRY-EVANS and  EUGENE**
**EVANS, individually and on behalf of**
**Patrick C. Henry, Katelyn L. Henry and**
**Nathan W. Henry-Gary ,**

                **Plaintiffs,**

**-vs-**                                       **Case No.  6:06-cv-199-Orl-31DAB**

**STATE OF FLORIDA DEPARTMENT OF**
**CORRECTIONS,**

                **Defendant.**
_____

## ORDER

Defendant, Florida Department of Corrections (DOC) has filed a Motion to Dismiss

Plaintiffs' Amended Complaint (Doc. 10).  Plaintiffs responded by requesting permission to

amend their Complaint (Doc. 14).  It is, therefore

**ORDERED** that Plaintiffs may file a second amended complaint on or before April 14,

2006.  Defendant's Motion to Dismiss is DENIED as moot.  In filing future pleadings, Defendant

is admonished to comply with Local Rule 1.05(a) of this Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 24, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE